# Court of Appeals
# of the State of Georgia

ATLANTA,  November 21, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0328.  DEMETRIS J. WILSON v. THE STATE.**

In 2014, Demetris Wilson entered a guilty plea to charges of involuntary manslaughter and aggravated assault.  He was sentenced to a total term of twenty years with fifteen years in custody.  Wilson then filed a motion to set aside his convictions because the indictment was not returned in open court. The trial court denied the motion on July 5, 2019, and Wilson filed the instant notice of appeal on August 16, 2019.  We, however, lack jurisdiction.

The Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).  Thus, Wilson is not authorized to collaterally attack his conviction in this manner. See id.; *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009); *Matherlee v. State*, 303 Ga. App. 765, 766 (694 SE2d 665) (2010).

Based on the foregoing, Wilson's appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  11/21/2019
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*